UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY CHAPMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:20-cv-06044-DOC-JDE <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH LOCAL RULE 41-6 |

     On July 6, 2020, Plaintiff Rodney Chapman Jr. ("Plaintiff"), proceeding pro se filed a Complaint under 42 U.S.C. § 1983 ("Section 1983" or "§ 1983") arising out of an alleged incident during Plaintiff's detention at the Twin Towers Correctional Facility ("Twin Towers") in Los Angeles, California. Dkt. 1. On August 27, 2020, Plaintiff filed a First Amended Complaint for civil rights violations allegedly stemming from the incident. Dkt. 8 ("FAC").

     On September 16, 2020, the Court issued an Order Regarding the FAC and an Order Granting Plaintiff's Request to Proceed In Forma Pauperis. Dkt. 9, 10 ("Orders"). On October 6, 2020, the Orders were returned by the U.S. Postal Service to the Court as undelivered with no forwarding possible.

Local Civil Rule 41-6 provides:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

More than 15 days have passed since the Court served the Orders by U.S. Mail upon Plaintiff at his address of record, with the Orders having now been returned as undeliverable.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, within 14 days from the date of this order, why the action should not be dismissed for the apparent failure to comply with Local Civil Rule 41-16. If Plaintiff does not timely file a response to this Order, the action may be dismissed for the same reason and for failure to prosecute and failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

Dated: October 08, 2020

_____
JOHN D. EARLY
United States Magistrate Judge