1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RODNEY CHAPMAN, JR., | ) No. 2:20-cv-06044-DOC (JDE) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT |
| CITY AND COUNTY OF LOS ANGELES, et al., | ) AND RECOMMENDATION OF ) UNITED STATES MAGISTRATE ) JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint (Dkt. 1), Plaintiff's First Amended Complaint (Dkt. 8), the Order by the assigned United States Magistrate Judge regarding Plaintiff's First Amended Complaint (Dkt. 9), the Order to Show Cause issued by the Magistrate Judge (Dkt. 13), and the Report and Recommendation of the Magistrate Judge (Dkt. 15). Plaintiff did not file timely written objections to the Report and Recommendation or timely seek additional time in which to do so.

IT IS HEREBY ORDERED that:

1. The Amended Report and Recommendation is approved and accepted; and

2. Judgment shall be entered dismissing this case without prejudice.

Dated: November 10, 2020

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge