JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RODNEY CHAPMAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | No. 2:20-cv-06044-DOC (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 10, 2020

_David O. Carter_
DAVID O. CARTER
United States District Judge